[No. 69819-2-I.   Division One.   March 3, 2014.]

ANN P. GORES, *Appellant*, v. SAFEWAY, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-33399-0, Palmer Robinson, J., entered December 20, 2012. *Affirmed* by unpublished opinion per Becker, J., concurred in by Leach, C.J., and Appelwick, J.

[No. 69951-2-I.   Division One.   March 3, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ARDEN CURTIS GIBSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-05541-2, Michael Hayden, J., entered February 8, 2013. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Schindler and Dwyer, JJ.

[No. 71066-4-I.   Division One.   March 3, 2014.]

WATER'S EDGE ASSOCIATES ET AL., *Appellants*, v. FARMERS INSURANCE EXCHANGE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 06-2-06225-0, Scott A. Collier, J., entered September 11, 2012. *Affirmed* by unpublished opinion per Becker, J., concurred in by Leach, C.J., and Appelwick, J.

[No. 42573-4-II.   Division Two.   March 4, 2014.]

*In the Matter of the Detention of* JACK LECK II.

Appeal from a judgment of the Superior Court for Kitsap County, No. 08-2-01852-2, Russell W. Hartman, J., entered August 16, 2011. *Affirmed* by unpublished opinion per Penoyar, J. Pro Tem., concurred in by Worswick, C.J., and Bjorgen, J. Now published at 180 Wn. App. 492.